01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,      )   CASE NO. MJ 07-258
                                   )
09         Plaintiff,               )
                                   )
10         v.                       )
                                   )   DETENTION ORDER
11  RYAN ISAIAH GREEN,             )
                                   )
12         Defendant.               )
    _____)
13

14  <u>Offense charged</u>:    Distribution of Crack Cocaine

15  <u>Date of Detention Hearing</u>:    May 31, 2007

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21         1.      Defendant has been charged with a drug offense the maximum penalty of which

22  is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant has an unstable residence history. He was unable to provide addresses for his local residences, and was homeless for a year and a half. His employment history is sporadic. His criminal history includes a residential burglary from October 2006. His record also shows multiple failures to appear for court hearings and failures to comply with court orders. In his interview with Pretrial Services, the defendant complained that in the past he found the reporting requirements of probation too onerous, and opted to serve jail time instead. There are some possible untreated mental health issues. The complaint alleges the defendant's involvement with firearms trafficking as well as the charged offense of distribution of crack cocaine.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of May, 2007.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 3